**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**SENTINEL INSURANCE COMPANY, LTD.,**

**Plaintiff,**

**v.**

**HEALTH DATA SYSTEMS, INC. and HDSI EQUIPMENT CORP.,**

**Defendants.**

**Case No. 23-CV-03197-SPM**

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of April 15, 2024 (Doc. 30), this action is **DISMISSED without prejudice**.

**DATED: April 15, 2024**

**MONICA A. STUMP,**
**Clerk of Court**

**By:** ***s/ Jackie Muckensturm***
**Deputy Clerk**

**APPROVED:** ***s/ Stephen P. McGlynn***
**STEPHEN P. MCGLYNN**
**U.S. District Judge**